Council, this is one where all three of us have studied the briefs and the record, and all three of us are leaning toward the view that you don't get to first base, there's no jurisdiction, the appeal was filed before there was a final judgment. So might as well address that first, and we probably won't need the whole argument time. Let me ask you a question on that. I understand that the defendants have not yet been sentenced in this case. That's correct, Your Honor. And yet there are numerous appeals pending in this court? Excuse me? Yet there are numerous appeals pending in this court? There is, to my knowledge, this one appeal that I'm familiar with. There were some bond appeals that requested bond. That's the numerous appeals. All right. We've requested bond twice, I believe. All right. So there were two bond appeals. Yes, Your Honor. All right. So explain to us why we have jurisdiction since there hasn't been a final judgment. Do it at the podium so the mic will pick you up. Yeah. All right. The Court will recall that there was the case United States v. Byrd, and we relied on that when we filed originally. Confining my argument simply to jurisdiction, I recognize what the government states in its brief, that ultimately a three-judge decision in Byrd was without withdrawal, and there was another opinion which we state questioned the ability to bring an appeal. What is at issue here is the right to be free from a trial where there has been a specific type of violation. Now, what I would like the Court to do in determining its jurisdiction, if we don't go forward any more with the argument other than concentrate on the face of this indictment, and if this indictment does not have language which places a defendant on notice that is required by the First Amendment, that he's going to be prosecuted for causing imminent lawless harm or contemplating imminent lawless conduct with his speech, is that the type of indictment that he is free from going to trial on if it does not give adequate notice? I see that Byrd has a specific fact situation. I do not see that Byrd covers all aspects of serious constitutional violations and wish to draw a distinction in that on the jurisdictional argument that I make here today. When you implicate publishing in an indictment, when you implicate dissemination of ideas of the public, a person is indicted for something that where he may have a defense under that's based on his First Amendment right to free speech that he is entitled to appeal at denial of his motion to dismiss the indictment without waiting for a conviction. I thought he had to wait for a conviction on that. You're getting very specific on me as far as is there a case that says what you just stated. I do not believe there is such a case. There are cases that state that the violation of constitutional rights is considered to be damage for purposes of an injunction or a stay or whatever. And you might be able to get a mandamus if it was really serious, but that's about it. There would be a prohibition. But there's no reason why it's an exception to the finality rule. I state that if there is no, let me end my argument this way. If there is no right to be free from trial on a deficient indictment such as this, which alleges books, publishing, and seminars is the manner in which the crime is put over. Well, it also alleges a whole bunch of very specific fraudulent returns and so on. There would not be a right to be free from trial. I believe that there is. I believe there's a right to be free from trial. And here's the pitch. If you can't be free from trial on this and you've gone to trial on this indictment, your constitutional right has been violated. If you're acquitted, your constitutional right was still acquitted as a matter of law because it's constitutionally deficient. You've been damaged and you have no remedy. Remember, equity does not allow a wrong without a remedy. That's the idea. How is that engrafted in the Constitution? That's what the court has to ask itself. How is the equitable guarantees of no wrong without a remedy engrafted here? Now, obviously, the people in burden. It's like an easy one to answer. Remedy is you get your conviction set aside on appeal. And if the government prosecution was frivolous, you can even get attorney's fees now under the Hyde Amendment. Well, let me try it another way. Remember in the civil rights area where Justice Rehnquist said why subject government people to the scrutiny of a jury's suspicion, to the vagaries of a jury's suspicion? They have a right to be free from trial. I believe a citizen has a right to be free from trial and is going to undergo damage. If the indictment works a harm, it's clearly stated and you can see it. You're asking us to extend the law on qualified immunity appeals to criminal appeals. I'm making an analogy. I'm stating that if one person has a right to be free from trial, how can it be under the Constitution that if you can look at the corners of the indictment before the trial and see it's deficient, how can it be the trial is an adequate remedy for that? Can I ask you a question related to the sentencing? Has it been put off because of the whole Blakely, Booker issues? Yes, Your Honor. That's what the district court is waiting on? Yes, Your Honor. The issue of concurrent versus consecutive sentences. The issue of reasonableness of the judge in sentencing. The use of the guidelines. What is survived in the guidelines? Do you start off with the base guideline? How do you impart it? Isn't one answer to everything you've said that is that even if we could have done anything beforehand, which I don't think we could have, there's no point in doing it now because there's going to be an appeal and the trial is over? Well, good point. You would be doing what another panel's work for them. That's true. But what would be decided would be still, you don't lose your right when you go to trial. So all I have is two appeals instead of one. Yes, but you bring up something I can point out that makes me look better in bringing this appeal. Now, in this context where they've withdrawn the opinion, the earlier one, it seems like they're inviting people not to challenge the wording of the indictment until they get up on appeal. That was not always the law to answer the first judge's question about where do you find the law on that. There is some law that I could find, although I didn't brief it, on the issue of barring someone from complaining about the wording of an indictment by him waiving it because he didn't complain. But what they probably would do now is they would just hold a complaint and say we're not going to hear it until after the trial. You're planning on filing another appeal? My client will appeal. She will appeal when the sentence is entered. We had to appeal the bond piecemeal because the, I thought you were going to jump me for filing piecemeal appeals. But each time we filed on the bond, it looked like things had changed. I think if you check the record on this case on bonds, you'll find we had a briefing attorney assigned to the bond appeals. And she requested certain information and statements. And there was a delay also in getting a transcript that had to do with certain things at their bond hearing. All these, the people that are in jail are Gail Bybee and Lynn Meredith. They are defendants here. There's others that are here in this courtroom that are on bond. Nora Moore is part of this appeal. She's here. Fred Carl is part of this appeal. He's not here. He was the lead prosaic during the trial. But most of them are out on bond. Only two of them are incarcerated. They've been in jail approximately nine months. It looks like no one has any further questions. Thank you. If I could beg this one indulgence. I take your question seriously about the issue, what you're asking the court to do. I would like a week to dig for some cases to see if I can find one, even if it's ancient, about the right to be free from trial on the issue of the First Amendment or some other analogous constitutional amendment. If we want further, if we want you to file further briefing, we'll issue an order. Otherwise, 28J constrains the filings. Do you also believe we're without jurisdiction? Do you have any questions? I'm just asking what the government's position is. Yeah, I believe that there is no jurisdiction in this case. I think U.S. v. Burr is precisely on point. And this can be resolved by direct appeal as opposed to an interlocutory appeal. That's exactly what United States v. Burr says. I anticipate there will be a direct appeal, and it can be resolved at that point in time. All right. I have nothing further to ask. Thank you, Your Honor. None of us have questions. Thank you, counsel. United States v. Meredith is submitted. Next is Lawson v. City of Santa Barbara. Thank you.
judges: Kleinfeld, Wardlaw,berzon